Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Bhupinder**<br>First name<br><br>_____<br>Middle name<br><br>**Singh**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Navneet**<br>First name<br><br>_____<br>Middle name<br><br>**Kaur**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>9</u> <u>8</u> <u>9</u> <u>9</u><br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – <u>2</u> <u>4</u> <u>0</u> <u>5</u><br>OR<br>9xx – xx – ___ ___ ___ ___ |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

**N Transport LLC**
Business name

**JNB Truck & Trailer Repair Service**
Business name

<u>3</u> <u>6</u> - <u>4</u> <u>8</u> <u>1</u> <u>2</u> <u>8</u> - <u>4</u> <u>7</u>
EIN

<u>2</u> <u>6</u> - <u>3</u> <u>0</u> <u>1</u> - <u>3</u> - <u>3</u> <u>9</u> <u>5</u>
EIN

See continuation page.

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5.** **Where you live**

**5348 West Brown Ave**
Number    Street

_____

**Fresno, CA 93722**
City       State   ZIP Code

**Fresno**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City       State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City       State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City       State   ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. 1408)

_____

_____

_____

_____

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| **7.** | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box. |

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

| | | |
|---|---|---|
| **9.** | **Have you filed for bankruptcy within the last 8 years?** | ☑ No. |

☐ Yes. 

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No. |

☐ Yes. 

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| | | MM / DD / YYYY | | |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| | | MM / DD / YYYY | | |

| | | |
|---|---|---|
| **11.** | **Do you rent your residence?** | ☑ No.   Go to line 12. |

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**JNB Truck & Trailer Repair Service**
Name of business, if any

**620 N Marks Ave**
Number     Street

_____

**Fresno**      **CA**      **93726**
City          State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number      Street

_____

_____
City          State     ZIP Code

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days before I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days before I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

## Part 6:  Answer These Questions for Reporting Purposes

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts.

_____

**17.  Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

   ☐ No
   ☐ Yes

**18.  How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19.  How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Bhupinder Singh**
Bhupinder Singh, Debtor 1
Executed on **01/15/2021**
                MM/ DD/ YYYY

X **/s/ Navneet Kaur**
Navneet Kaur, Debtor 2
Executed on **01/15/2021**
                MM/ DD/ YYYY

| Debtor 1 | **Bhupinder** | | **Singh** | Case number *(if known)* |
|----------|---------------|---|-----------|--------------------------|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Peter Fear**
Signature of Attorney for Debtor

Date **01/15/2021**
MM / DD / YYYY

**Peter Fear**
Printed name

**Fear Waddell, P.C.**
Firm name

**7650 N. Palm Avenue Suite 101**
Number      Street

**Fresno**                 **CA**    **93711**
City                      State    ZIP Code

Contact phone **(559) 436-6575**      Email address **pfear@fearlaw.com**

Bar number                               State

| Debtor 1 | **Bhupinder** | | **Singh** | |
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Additional Items:** Continuation Page

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years (cont)**

*Include trade names and doing business as names*

**JNB Properties LLC**
Business name

**Rathaur & Sons Trucking**
Business name

**3  5** - **2  6  1** - **2  5  6  1**
EIN

**2  6** - **3  0  1** - **3** - **3  9  5**
EIN

**12. Are you a sole proprietor of any full- or part-time business? (cont.)**

**Rathaur & Sons Trucking**
Name of business, if any

**5348 West Brown Avenue**
Number     Street

**Fresno**         **CA**        **93722**
City         State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Bhupinder</strong>          <strong>Singh</strong></td></tr>
<tr><td></td><td>First Name     Middle Name     Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Navneet</strong>          <strong>Kaur</strong></td></tr>
<tr><td></td><td>First Name     Middle Name     Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Eastern District of California</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          **12/15**

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider.* Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1**

| | |
|---|---|
| Newtek Small Business Finance LLC<br>Creditor's Name | **What is the nature of the claim?** _____ None _____ $1,502,681.87 |
| 1981 Marcus Avenue, Suite 130<br>Number     Street | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated |
| New Hyde Park, NY 11042<br>City                    State     Zip Code | ☐ Disputed<br>☑ None of the above apply |
| _____<br>Contact | **Does the creditor have a lien on your property? Secured**<br>☐ No<br>☑ Yes. |
| _____<br>Contact phone | Total claim (secured and unsecured):     $1,640,000.00<br>Value of security:                    – $137,318.13<br>Unsecured Claim:                        $1,502,681.87 |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|----------|---------------|--|-----------|--|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | | | Unsecured claim |
|--|--|--|---|

**2**

| | What is the nature of the claim? _____ None _____ | $768,500.00 |
|---|---|---|

Luis Bravo
_____
Creditor's Name

California Shine Construction
_____

3251 North Marks Avenue
_____
Number          Street

Fresno, CA 93722
_____
City          State     Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                        – _____
Unsecured Claim:                         _____

---

**3**

| | What is the nature of the claim? _____ None _____ | $705,000.00 |
|---|---|---|

Newtek Small Business Finance LLC
_____
Creditor's Name

1981 Marcus Avenue, Suite 130
_____
Number          Street

New Hyde Park, NY 11042
_____
City          State     Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

Total claim (secured and unsecured): $705,000.00
Value of security:                        – $0.00
Unsecured Claim:                         $705,000.00

---

**4**

| | What is the nature of the claim? _____ None _____ | $44,019.21 |
|---|---|---|

Gurmit Singh Gill
_____
Creditor's Name

1195 N Whittier Ave
_____
Number          Street

Clovis, CA 93611-6644
_____
City          State     Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

Total claim (secured and unsecured): $44,019.21
Value of security:                        – $0.00
Unsecured Claim:                         $44,019.21

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Unsecured claim**

---

**5**

New Chance Capital, LLC
Creditor's Name

132 32nd Street
Number          Street

Brooklyn, NY 11232
City                    State          Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____ None _____          $32,487.94

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? **Secured**
☐ No
☑ Yes.

| | |
|---|---|
| Total claim (secured and unsecured): | $35,114.22 |
| Value of security: – | $2,626.28 |
| Unsecured Claim: | $32,487.94 |

---

**6**

Flat Rate Funding Group LLC
Creditor's Name

Attn: Brian Bennett

28745 Wick Road, Suite 100
Number          Street

Romulus, MI 48174
City                    State          Zip Code

_____
Contact

_____
Contact phone

Flat Rate Funding Group LLC v. N
Transport & Bhupinder Singh. Case
Number - 19CECG02639. Attorney for
Flat Rate is Martensen Wright.          $28,724.38

What is the nature of the claim?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? **Unsecured**
☑ No
☐ Yes.

| | |
|---|---|
| Total claim (secured and unsecured): | _____ |
| Value of security: – | _____ |
| Unsecured Claim: | _____ |

---

**7**

Indra Gurung
Creditor's Name

411 Amherst Dr, Apartment B
Number          Street

Harrisburg, PA 17109
City                    State          Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____ None _____          $19,601.83

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? **Priority**
☐ No
☑ Yes.

| | |
|---|---|
| Total claim (secured and unsecured): | $19,601.83 |
| Value of security: – | $0.00 |
| Unsecured Claim: | $19,601.83 |

---

| Debtor 1 | **Bhupinder** | **Singh** | |
|---|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | | Unsecured claim |
|---|---|---|

**8**

What is the nature of the claim? _____ Credit Card _____   $19,073.00

American Express
Creditor's Name

PO Box 981537
Number          Street

El Paso, TX 79998
City                State      Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                    – _____
Unsecured Claim:                        _____

---

**9**

What is the nature of the claim? _____ None _____   $17,398.38

Jose de Jesus Pedroza
Creditor's Name

2920 N Pleasant Ave
Number          Street

Fresno, CA 93705-3614
City                State      Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Priority**
☐ No
☑ Yes.

Total claim (secured and unsecured):     $17,398.38
Value of security:                    – $0.00
Unsecured Claim:                        $17,398.38

---

**10**

What is the nature of the claim? _____ Credit Card _____   $16,561.00

Chase Card Services - JPMCB
Creditor's Name

PO Box 15369
Number          Street

Wilmington, DE 19850
City                State      Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                    – _____
Unsecured Claim:                        _____

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Unsecured claim**

| 11 | | |
|---|---|---|

| | What is the nature of the claim? _____ None _____ | $15,759.50 |
|---|---|---|

Monger Deelan
_____
Creditor's Name

1470 Alphada Ave Apt K11
_____
Number          Street

Akron, OH 44310-2787
_____
City                    State       Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Priority**
☐ No
☑ Yes.

| Total claim (secured and unsecured): | $15,759.50 |
|---|---|
| Value of security: | − $0.00 |
| Unsecured Claim: | $15,759.50 |

| 12 | | |
|---|---|---|

| | What is the nature of the claim? _____ None _____ | $15,613.53 |
|---|---|---|

Jitendra Singh Virck
_____
Creditor's Name

2600 W Byron Road, Apartment 4
_____
Number          Street

Tracy, CA 95377
_____
City                    State       Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Priority**
☐ No
☑ Yes.

| Total claim (secured and unsecured): | $15,613.53 |
|---|---|
| Value of security: | − $0.00 |
| Unsecured Claim: | $15,613.53 |

| 13 | | |
|---|---|---|

| | What is the nature of the claim? _____ Case Number - 18CECL12079. Attorney is Robert Pollak | $13,583.46 |
|---|---|---|

IPFs Corporation
_____
Creditor's Name

PO Box 100391
_____
Number          Street

Pasadena, CA 91189-0391
_____
City                    State       Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

| Total claim (secured and unsecured): | _____ |
|---|---|
| Value of security: | − _____ |
| Unsecured Claim: | _____ |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Unsecured claim**

---

**14**

Preston Dowdy II
Creditor's Name

1142 Bethany Road
Number     Street

Williamson, GA 30292-9668
City     State     Zip Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____ None _____    $12,182.26

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Priority**
☐ No
☑ Yes.

Total claim (secured and unsecured):    $12,182.26
Value of security:    –    $0.00
Unsecured Claim:    $12,182.26

---

**15**

Nanda Gomjen
Creditor's Name

Dept of Industrial Relations
Labor Commissioner's Office
770 East Shaw Avenue, Suite 222
Number     Street

Fresno, CA 93710
City     State     Zip Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____ None _____    $11,544.10

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

Total claim (secured and unsecured):    $11,544.10
Value of security:    –    $0.00
Unsecured Claim:    $11,544.10

---

**16**

IPFs Corporation
Creditor's Name

PO Box 100391
Number     Street

Pasadena, CA 91189-0391
City     State     Zip Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $8,692.14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:    –    _____
Unsecured Claim:    _____

Debtor 1    **Bhupinder                    Singh**
Debtor 2    **Navneet                      Kaur**
            First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | | **Unsecured claim** |
|---|---|---|

**17**

What is the nature of the claim? _____ None _____    $8,311.38

Internal Revenue Service
Creditor's Name

PO Box 7346
Number          Street

Philadelphia, PA 19101-7346
City                State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Priority**
☐ No
☑ Yes.

Total claim (secured and unsecured):         $8,311.38
Value of security:                        – $0.00
Unsecured Claim:                           $8,311.38

---

**18**

What is the nature of the claim?    Credit Card - charged off    $7,239.00

Discover Financial Services LLC
Creditor's Name

PO Box 15316
Number          Street

Wilmington, DE 19850-5316
City                State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:                    – _____
Unsecured Claim:                       _____

---

**19**

What is the nature of the claim?    Collection for Capital One    $6,848.00

Midland Credit Management Inc
Creditor's Name

320 East Big Beaver, Suite 300
Number          Street

Troy, MI 48083
City                State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:                    – _____
Unsecured Claim:                       _____

Debtor 1    **Bhupinder**              **Singh**
Debtor 2    **Navneet**                **Kaur**
            First Name    Middle Name    Last Name                Case number *(if known)* _____

|  |  | Unsecured claim |
| --- | --- | --- |
|  |  | $6,773.00 |

**20**

What is the nature of the claim?    Credit Card - charged off. Case
                                    dismissed (19CECL06165)

Barclays Bank Delaware
Creditor's Name

PO Box 8803                         **As of the date you file, the claim is:** Check all that apply.
Number        Street               ☐ Contingent
                                    ☐ Unliquidated
Wilmington, DE 19899                ☐ Disputed
City              State    Zip Code    ☑ None of the above apply

                                    **Does the creditor have a lien on your property? Unsecured**
Contact                             ☑ No
                                    ☐ Yes.
_____                     Total claim (secured and unsecured):    _____
Contact phone                       Value of security:                   – _____
                                    Unsecured Claim:                       _____

**Part 2:  Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X _____        X _____
        /s/ Bhupinder Singh                  /s/ Navneet Kaur
Signature of Debtor 1                Signature of Debtor 2

Date  01/15/2021                     Date  01/15/2021
      MM/  DD/  YYYY                        MM/  DD/  YYYY

Certificate Number: 17572-CAE-CC-035271242



17572-CAE-CC-035271242

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 15, 2021</u>, at <u>9:32</u> o'clock <u>AM PST</u>, <u>Bhupinder Singh</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>January 15, 2021</u>          By: <u>/s/Linda Duarte</u>

                                      Name: <u>Linda Duarte</u>

                                      Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 17572-CAE-CC-035271140



17572-CAE-CC-035271140

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 15, 2021</u>, at <u>9:10</u> o'clock <u>AM PST</u>, <u>Navneet Kaur</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 15, 2021</u>            By:      <u>/s/Shelene Manzi</u>

                                  Name:   <u>Shelene Manzi</u>

                                  Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Navneet** | **Kaur** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** <br> Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................................. | $300,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................................ | $15,099.67 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................................. | $315,099.67 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** <br> Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $2,619,769.38 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $97,397.19 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $930,751.36 |
| **Your total liabilities** | $3,647,917.93 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*......................................................................... | $6,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................................. | $3,271.00 |

Debtor 1    **Bhupinder**                          **Singh**
Debtor 2    **Navneet**                            **Kaur**
            First Name        Middle Name          Last Name                      Case number *(if known)* _____

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  Yes

---

7. **What kind of debt do you have?**

   ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                          _____

---

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

|  | **Total claim** |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Bhupinder** | | **Singh** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Navneet** | | **Kaur** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number | | | |

☐ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1  **4 Bedrooms, 3.5 bathrooms, 2,257 sqft.**
   Street address, if available, or other description

   **5348 West Brown Ave**

   **Fresno, CA 93722**
   City          State     ZIP Code

   **Fresno**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:
   **APN: 312-872-19**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$300,000.00** | **$300,000.00** |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☑ Check if this is community property
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................. → **$300,000.00**

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☑ No
   - ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................. → | **$0.00** |

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**                    Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:*  Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........   | See Attached. |      **$5,720.00**

7. **Electronics**
   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........   | TV, desktop, tablet, 3 cell phones. |      **$1,700.00**

8. **Collectibles of value**
   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe........

9. **Equipment for sports and hobbies**
   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe........

10. **Firearms**
    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe........

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

11. **Clothes**

    *Examples:*    Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........    | Work and everyday clothing for Debtors and children. |    **$2,000.00**

12. **Jewelry**

    *Examples:*    Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........    | Costume jewelry and assorted items. |    **$20.00**

13. **Non-farm animals**

    *Examples:*    Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........    | Dog & Fish |    **unknown**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........    | |    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................➔    | **$9,440.00** |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*    Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes...............................................................................................................    Cash..............    **$5.00**

17. **Deposits of money**

    *Examples:*    Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

    Institution name:

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

17.1. Checking account:  **Business Checking with Bank of American, account number ending in 7443. Account is in the name of Debtor's father, but account is solely used by Debtor's.**          $2,626.28

17.2. Checking account:  **Checking with Bank of American, account number ending in 9052. Account is in the name of Debtor's father, but account is jointly used by Debtor's and father.**          $528.39

17.3. Savings account:  _____          _____

17.4. Savings account:  _____          _____

17.5. Certificates of deposit:  _____          _____

17.6. Other financial account:  _____          _____

17.7. Other financial account:  _____          _____

17.8. Other financial account:  _____          _____

17.9. Other financial account:  _____          _____

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...................

    Institution or issuer name:

    _____          _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...................

    Name of entity:                                    % of ownership:

    **Rathaur & Sons Trucking. Sole proprietorship.**          100 %          $0.00

    **N Transport LLC Only assets are 9 trucks and 4-5 trailers, all of which are worth far less than the debt.**          100 %          $0.00

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

<u>JNB Properties LLC Only asset is real property located at 294</u>    100    %    $0.00
**North Fruit Avenue, Fresno, CA. 7.9 Acres. APN's include:**
**458-040-25S; 458-040-27S; 458-040-29S; 458-040-33S; 458-040-35S;**
**458-040-36S; 458-040-37S; and 458-040-38S. Amount owed is more**
**than the value of this property.**

<u>JNB Truck & Trailer Repair Services, sole proprietorship</u>    100    %    $0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them...................

Issuer name:

21. **Retirement or pension accounts**

*Examples:*    Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account
separately.

Type of account:         Institution name:

401(k) or similar plan:

Pension plan:

IRA:

Retirement account:

Keogh:

Additional account:

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes......................

Institution name or individual:

Electric:

Gas:

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

Heating oil: _____    _____

Security deposit on rental unit: _____    _____

Prepaid rent: _____    _____

Telephone: _____    _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

Issuer name and description:

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
    information about them....

| |
|---|

_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*   Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
    information about them....

| |
|---|

_____

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**27.** **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... | | _____

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

**28.** **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

2019-2020 | Potential 2019 and 2020 State and Federal Tax Refunds. Debtor is unsure if there will be any tax refunds, but is disclosing the potential refunds out of an abundance of caution.

Federal: _____ **$2,500.00**
State: _____
Local: _____

---

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

---

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information.......... | | _____

---

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance.** | **Navneet Kaur** | **unknown** |
| **Term Life Insurance** | **Bhupinder Singh** | **unknown** |

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........

_____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*   Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim................

_____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

_____

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........

_____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................➔

| $5,659.67 |
|---|

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

_____

**39.  Office equipment, furnishings, and supplies**

*Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........

_____

| Debtor 1 | **Bhupinder** | | **Singh** |
|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

_____

41. **Inventory**

☑ No
☐ Yes. Describe........

_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:　　　　　　　　　　% of ownership:

_____　_____%　_____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　☑ No
　☐ Yes. Describe........

_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.........

_____　_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................➔

| |
|---|
| $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:*　Livestock, poultry, farm-raised fish

☑ No
☐ Yes.....................

_____

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
　information............ [                              ]　　　_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.......................... [                              ]　　　_____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.......................... [                              ]　　　_____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
　information............ [                              ]　　　_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................➔　[ **$0.00** ]

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:*　Season tickets, country club membership

☑ No
☐ Yes. Give specific
　information............ [                              ]　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**........................➔　[ **$0.00** ]

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**...........................................................................................➔　[ **$300,000.00** ]

56. **Part 2: Total vehicles, line 5**　　　　　　　_____ **$0.00**

57. **Part 3: Total personal and household items, line 15**　　　　　　_____ **$9,440.00**

58. **Part 4: Total financial assets, line 36**　　　　　　_____ **$5,659.67**

59. **Part 5: Total business-related property, line 45**　　　　　　_____ **$0.00**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

60. **Part 6: Total farm- and fishing-related property, line 52** _____ $0.00

61. **Part 7: Total other property not listed, line 54** + _____ $0.00

62. **Total personal property.** Add lines 56 through 61.............. | $15,099.67 |  Copy personal property total ➔ + | $15,099.67 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.................................................................. | $315,099.67 |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|----------|----------------|---|-----------|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

# SCHEDULE A/B: PROPERTY
## Continuation Page

6.  **Household goods and furnishings**

| | |
|---|---|
| **Sofa, recliner, 4 lamps, 4 rugs, stove, 2 refrigerators, dishwasher, microwave oven, small appliances, pots, pans, dishes, glassware, flatware, china, table & chairs, 5 beds, 2 dressers, 2 chests, 2 nightstands, 2 clocks, washer, dryer, vacuum cleaner, garden tools, and electric tools.** | **$5,070.00** |
| **Bed & Sofa** | **$650.00** |

Fill in this information to identify your case:

| Debtor 1 | **Bhupinder** | | **Singh** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Navneet** | | **Kaur** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption may be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Sofa, recliner, 4 lamps, 4 rugs, stove, 2 refrigerators, dishwasher, microwave oven, small appliances, pots, pans, dishes, glassware, flatware, china, table & chairs, 5 beds, 2 dressers, 2 chests, 2 nightstands, 2 clocks, washer, dryer, vacuum cleaner, garden tools, and electric tools.<br><br>Line from *Schedule A/B*: ___6___ | $5,070.00 | ☑ $5,070.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>Bed & Sofa<br><br>Line from *Schedule A/B*: ___6___ | $650.00 | ☑ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page 1 of 4

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

<h2 style="background:black;color:white">Part 2:   Additional Page</h2>

3.  **Are you claiming a homestead exemption of more than $170,350?**

    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|----------|---------------|---|-----------|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>  TV, desktop, tablet, 3 cell phones.<br><br>Line from *Schedule A/B*:  7 | $1,700.00 | ☑ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>  Work and everyday clothing for Debtors and children.<br><br>Line from *Schedule A/B*:  11 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>  Costume jewelry and assorted items.<br><br>Line from *Schedule A/B*:  12 | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| Brief description:<br>  Cash<br><br>Line from *Schedule A/B*:  16 | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>  Business Checking with Bank of American, account number ending in 7443. Account is in the name of Debtor's father, but account is solely used by Debtor's.<br>  Checking account<br><br>Line from *Schedule A/B*:  17 | $2,626.28 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>  Checking with Bank of American, account number ending in 9052. Account is in the name of Debtor's father, but account is jointly used by Debtor's and father.<br>  Checking account<br><br>Line from *Schedule A/B*:  17 | $528.39 | ☑ $528.39<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

| Debtor 1 | **Bhupinder** | **Singh** |
|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** |
| | First Name      Middle Name | Last Name |

Case number *(if known)* _____

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br><br>Potential 2019 and 2020 State and Federal Tax Refunds. Debtor is unsure if there will be any tax refunds, but is disclosing the potential refunds out of an abundance of caution.<br>Federal tax<br><br>Line from *Schedule A/B*:   28 | $2,500.00 | ☑   $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Navneet** | **Kaur** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of California** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2.    List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**  Commercial Trade, Inc
Creditor's Name

5330 Office Center Ct, Suite C
Number        Street

Bakersfield, CA 93309
City              State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Abstract of Judgment. Case No: 19CECL08969. Attorney is Sandra McCormack**

Last 4 digits of account number __ __ __ __

Column A: $3,509.22    Column B: $300,000.00    Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,509.22 |
|---|---|

| Debtor 1 | **Bhupinder** | | **Singh** | |
|----------|---------------|--|-----------|--|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---------|---|---|---|---|

**2.2** Corporation Service Company
Creditor's Name

801 Adlai Stevenson Drive
Number    Street

Springfield, IL 62703-4261
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **UCC Financing**

**Last 4 digits of account number** ___ ___ ___ ___

Column A: unknown    Column B: $0.00    Column C: $0.00

**Remarks:** Secured on 2002 Utility Refrigerated Van (VIN 1UYVS25352U809604) and 2016 Thermoking (VIN S600 S/N 6001206577).

**2.3** Corporation Service Company
Creditor's Name

801 Adlai Stevenson Drive
Number    Street

Springfield, IL 62703-4261
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **UCC Financing**

**Last 4 digits of account number** ___ ___ ___ ___

Column A: unknown    Column B: $0.00    Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
|---|---|

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|----------|---------------|---|-----------|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---------|---|---|---|---|

---

**2.4**  CT Lien Solutions
Creditor's Name

2727 Allen Parkway
Number          Street

Houston, TX 77019
City                State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    UCC Financing

**Last 4 digits of account number** ___ ___ ___ ___

Column A: unknown    Column B: $0.00    Column C: $0.00

---

**2.5**  First Corporate Solutions, Inc
Creditor's Name

914 S Street
Number          Street

Sacramento, CA 95814
City                State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    UCC Financing

**Last 4 digits of account number** ___ ___ ___ ___

Column A: unknown    Column B: $0.00    Column C: $0.00

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $0.00

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.6** | Freedom Mortgage
Creditor's Name

90PO Box 50485
Number      Street

Indianapolis, IN 46250
City          State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 6 1 5 8

Column A: $162,681.87    Column B: $300,000.00    Column C: $0.00

---

**2.7** | Fresno County Tax Collector
Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number      Street

Fresno, CA 93715-1192
City          State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $6,633.91    Column B: $0.00    Column C: $6,633.91

---

**Remarks:** APN: 458-040-29S for June 2020.

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $169,315.78

| Debtor 1 | **Bhupinder** | **Singh** | |
|---|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name          Middle Name | Last Name | Case number *(if known)* _____ |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.8**

| Fresno County Tax Collector | | | |
|---|---|---|---|
| Creditor's Name | | | |

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number          Street

Fresno, CA 93715-1192
City                    State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**           $1,278.59          $0.00          $1,278.59

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** APN: 458-040-27S for June 2020.

---

**2.9**

| Fresno County Tax Collector | | | |
|---|---|---|---|
| Creditor's Name | | | |

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number          Street

Fresno, CA 93715-1192
City                    State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**           $2,533.66          $0.00          $2,533.66

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $3,812.25

Debtor 1   **Bhupinder**                    **Singh**
Debtor 2   **Navneet**                      **Kaur**
           First Name    Middle Name        Last Name

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Remarks:** APN: 458-040-25S for June 2020.

| 2.10 | Fresno County Tax Collector | Describe the property that secures the claim: | $1,279.44 | $0.00 | $1,279.44 |
|---|---|---|---|---|---|

Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number        Street

Fresno, CA 93715-1192
City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

Describe the property that secures the claim:

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** APN: 458-040-38S for June 2020.

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,279.44 |
|---|---|

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.11** Fresno County Tax Collector
Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number          Street

Fresno, CA 93715-1192
City          State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

|  | | $2,031.76 | $0.00 | $2,031.76 |

**Remarks:** APN: 458-040-37S for June 2020.

---

**2.12** Fresno County Tax Collector
Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number          Street

Fresno, CA 93715-1192
City          State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

|  | | $1,278.59 | $0.00 | $1,278.59 |

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $3,310.35

| Debtor 1 | **Bhupinder** | **Singh** | |
|---|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**Remarks:** APN: 458-040-36S for June 2020.

---

**2.13** | Fresno County Tax Collector
Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number      Street

Fresno, CA 93715-1192
City      State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $1,288.77    Column B: $0.00    Column C: $1,288.77

---

**Remarks:** APN: 458-040-35S for June 2020.

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $1,288.77

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.14**

| Fresno County Tax Collector | Describe the property that secures the claim: | $1,279.44 | $0.00 | $1,279.44 |
|---|---|---|---|---|

Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number          Street

Fresno, CA 93715-1192
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

> 294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

> **Remarks:** APN: 458-040-33S for June 2020.

**2.15**

| Fresno County Tax Collector | Describe the property that secures the claim: | $296.60 | $0.00 | $296.60 |
|---|---|---|---|---|

Creditor's Name

Oscar J. Garcia, CPA

2281 Tulare Street, Hall of Records, Room 105
Number          Street

Fresno, CA 93715-1192
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

> 294 North Fruit Avenue Fresno, CA 93706

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $1,576.04 |
|---|---|

| Debtor 1 | **Bhupinder** | **Singh** |
|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** |
| | First Name        Middle Name | Last Name |

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Remarks:** Property Tax

**2.16**

Gurmit Singh Gill
Creditor's Name

1195 N Whittier Ave
Number          Street

Clovis, CA 93611-6644
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.16 | $44,019.21 | $300,000.00 | $0.00 |

**Remarks:** Labor State Case No: WC-CM-641101. Case No: 19CECG04497.

Add the dollar value of your entries in Column A on this page. Write that number here:   $44,019.21

| Debtor 1 | **Bhupinder** | **Singh** | |
|---|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.17** Lien Solutions
Creditor's Name

PO Box 29071
Number        Street

Glendale, CA 91209-9071
City          State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
    **UCC Financing**

Last 4 digits of account number ___ ___ ___ ___

Column A: unknown    Column B: $0.00    Column C: $0.00

**Remarks:** Secured on all present assets.

---

**2.18** Lien Solutions
Creditor's Name

PO Box 29071
Number        Street

Glendale, CA 91209-9071
City          State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
    **UCC Financing**

Last 4 digits of account number ___ ___ ___ ___

Column A: unknown    Column B: $0.00    Column C: $0.00

---

Add the dollar value of your entries in Column A on this page. Write that number here:     $0.00

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**Remarks:** Secured on all assets.

---

**2.19** Nanda Gomjen
Creditor's Name

Dept of Industrial Relations
Labor Commissioner's Office

770 East Shaw Avenue, Suite 222
Number        Street

Fresno, CA 93710
City                State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Amount of claim: $11,544.10
Value of collateral: $300,000.00
Unsecured portion: $0.00

---

**Remarks:** Judgment. Case No: 20CECL06062

---

Add the dollar value of your entries in Column A on this page. Write that number here:     $11,544.10

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.20** New Chance Capital, LLC

**Describe the property that secures the claim:** $35,114.22    $302,626.28    $0.00

Creditor's Name

132 32nd Street

Number    Street

Brooklyn, NY 11232

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

> 4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
> 5348 West Brown Ave Fresno, CA 93722
> 294 North Fruit Avenue Fresno, CA 93706
> Business Checking with Bank of American, account number ending in 7443. Account is in the name of Debtor's father, but account is solely used by Debtor's.
> N Transport LLC Only assets are 9 trucks and 4-5 trailers, all of which are worth far less than the debt.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Case No: 124797-2019

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $35,114.22

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| Part 1: | Additional Page<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.21 | Newtek Small Business Finance LLC | **Describe the property that secures the claim:** | $1,640,000.00 | $300,000.00 | $1,340,000.00 |
|---|---|---|---|---|---|

Creditor's Name

1981 Marcus Avenue, Suite 130
Number        Street

New Hyde Park, NY 11042
City            State        ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**
11/17/2017

**Describe the property that secures the claim:**

> JNB Properties LLC Only asset is real property located at 294 North Fruit Avenue, Fresno, CA. 7.9 Acres. APN's include: 458-040-25S; 458-040-27S; 458-040-29S; 458-040-33S; 458-040-35S; 458-040-36S; 458-040-37S; and 458-040-38S. Amount owed is more than the value of this property. N Transport LLC Only assets are 9 trucks and 4-5 trailers, all of which are worth far less than the debt. 4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
> 5348 West Brown Ave Fresno CA 93722

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **UCC Financing**

**Last 4 digits of account number** _0_ - _0_ _5_

**Remarks:** Case Number: 20CECG03645. Secured on all property.

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,640,000.00 |
|---|---|

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

| **2.22** | Newtek Small Business Finance LLC | |
|---|---|---|

Creditor's Name

 1981 Marcus Avenue, Suite 130
Number          Street

 New Hyde Park, NY 11042
City          State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
 11/17/2017

**Describe the property that secures the claim:**

294 North Fruit Avenue Fresno, CA 93706 JNB Properties LLC Only asset is real property located at 294 North Fruit Avenue, Fresno, CA. 7.9 Acres. APN's include: 458-040-25S; 458-040-27S; 458-040-29S; 458-040-33S; 458-040-35S; 458-040-36S; 458-040-37S; and 458-040-38S. Amount owed is more than the value of this property. N Transport LLC Only assets are 9 trucks and 4-5 trailers, all of which are worth far less than the debt. 4 Bedrooms, 3.5 bathrooms, 2,257 sqft. 5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **UCC Financing**

**Last 4 digits of account number**  0 - 0 0

| $705,000.00 | $300,000.00 | $405,000.00 |
|---|---|---|

**Remarks:** Case Number: 20CECG03645. Secured on all property.

| Add the dollar value of your entries in Column A on this page. Write that number here: | $705,000.00 |
|---|---|

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.23**  Sunstreet Energy Group LLC
Creditor's Name

 6531 Irvine Center Dr, Suite 200
Number          Street

 Irvine, CA 92618-2144
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
 03/20/2015

**Describe the property that secures the claim:**

4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Solar Lease. Recording No: 2015-0033114**

**Last 4 digits of account number** ___ ___ ___ ___

| | unknown | $300,000.00 | $0.00 |
|---|---|---|---|

**2.24**  Sunstreet Energy Group LLC
Creditor's Name

 6531 Irvine Center Dr, Suite 200
Number          Street

 Irvine, CA 92618-2144
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
 03/20/2015

**Describe the property that secures the claim:**

4 Bedrooms, 3.5 bathrooms, 2,257 sqft.
5348 West Brown Ave Fresno, CA 93722

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Solar Lease. Recording No: 2015-0033114**

**Last 4 digits of account number** ___ ___ ___ ___

| | unknown | $300,000.00 | $0.00 |
|---|---|---|---|

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $0.00

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* _____

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

1 West Capital LLC
Name

1250 East Hallandale Beach Blvd, Suite 903
Number          Street


Hallandale, FL 33009
City                                State          ZIP Code

On which line in Part 1 did you enter the creditor?     5

Last 4 digits of account number ___ ___ ___ ___

**2**

Aldridge Pite, LLP
Name

4375 Jutland Drive, Suite 200
Number          Street

Windy Locke

San Diego, CA 92177-0935
City                                State          ZIP Code

On which line in Part 1 did you enter the creditor?     21

Last 4 digits of account number ___ ___ ___ ___

**3**

Aldridge Pite, LLP
Name

PO Box 17935
Number          Street


San Diego, CA 92177-0935
City                                State          ZIP Code

On which line in Part 1 did you enter the creditor?     21

Last 4 digits of account number ___ ___ ___ ___

**4**

BMO Harris Bank N.A.
Name

300 E John Carpenter Fwy
Number          Street


Irving, TX 75062
City                                State          ZIP Code

On which line in Part 1 did you enter the creditor?     2

Last 4 digits of account number ___ ___ ___ ___

**5**

CT Corporate System
Name

330 N Brand Blvd, Suite 700; Attn: SPRS
Number          Street

as representative

Glendale, CA 91203
City                                State          ZIP Code

On which line in Part 1 did you enter the creditor?     4

Last 4 digits of account number ___ ___ ___ ___

**6**

CT Corporate System
Name

330 N Brand Blvd, Suite 700; Attn: SPRS
Number          Street

as representative

Glendale, CA 91203
City                                State          ZIP Code

On which line in Part 1 did you enter the creditor?     17

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** List Others to Be Notified for a Debt That You Already Listed Additional Page

---

**7**

Department of Industrial Relations Labor Commissioner's Office
Name

770 East Shaw Avenue, Suite 222
Number        Street

Fresno, CA 93710
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___16___

**Last 4 digits of account number** ___ ___ ___ ___

---

**8**

Department of Industrial Relations Labor Commissioner's Office
Name

770 East Shaw Avenue, Suite 222
Number        Street

Fresno, CA 93710
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___19___

**Last 4 digits of account number** ___ ___ ___ ___

---

**9**

Freedom Mortgage
Name

PO Box 7230
Number        Street

Pasadena, CA 91109-7230
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___6___

**Last 4 digits of account number** ___ ___ ___ ___

---

**10**

Freedom Mortgage Corp
Name

6800 Southpoint Parkway
Number        Street

Jacksonville, IN 46037
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___6___

**Last 4 digits of account number** ___ ___ ___ ___

---

**11**

Joe Lieberman
Name

PO Box 356
Number        Street

Cedarhurst, NY 11516
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___20___

**Last 4 digits of account number** ___ ___ ___ ___

---

**12**

Lien Solutions
Name

PO Box 29071
Number        Street

Glendale, CA 91209-9071
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___4___

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed Additional Page |
|---|---|

**13**
National Funding, Inc.
Name

9820 Town Centre Drive, Suite 200
Number     Street

San Diego, CA 92121
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor?     3

Last 4 digits of account number ___ ___ ___ ___

**14**
New Chance Capital
Name

128 32nd Street
Number     Street

Brooklyn, NY 11232
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor?     18

Last 4 digits of account number ___ ___ ___ ___

**15**
Richard J. Pagnotta
Name

6913 New Utrecht Avenue
Number     Street
Marshal, City of New York

Brooklyn, NY 11228
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor?     20

Last 4 digits of account number ___ ___ ___ ___

**16**
Sandra Kuhn McCormack
Name

5330 Office Center Ct, Suite C
Number     Street
Attorney At Law

Bakersfield, CA 93309
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor?     1

Last 4 digits of account number ___ ___ ___ ___

**17**
Unisearch, Inc - WA Office
Name

1780 Barnes Blvd SW
Number     Street

Tumwater, WA 98512-0410
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor?     21

Last 4 digits of account number ___ ___ ___ ___

**18**
Unisearch, Inc - WA Office
Name

1780 Barnes Blvd SW
Number     Street
Kristy Bertsch

Tumwater, WA 98512-0410
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor?     22

Last 4 digits of account number ___ ___ ___ ___

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**     $2,619,769.38

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Navneet** | **Kaur** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   **Franchise Tax Board**
Priority Creditor's Name

**Bankruptcy Section MS A-340**

**PO Box 2952**
Number    Street

**Sacramento, CA 95812-2952**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **unknown**    Priority amount: **$0.00**    Nonpriority amount: **unknown**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 1:** | Your PRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

**Indra Gurung**
Priority Creditor's Name

**411 Amherst Dr, Apartment B**
Number          Street

**Harrisburg, PA 17109**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Judgment. Case No: 20CECL06064

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**Wages, salaries, and commissions**

Total claim: **$19,601.83** | Priority amount: **unknown** | Nonpriority amount: **$19,601.83**

**2.3**

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 2017 Taxes.

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$1,818.10** | Priority amount: **$0.00** | Nonpriority amount: **$1,818.10**

**2.4**

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 2016 Taxes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$4,762.21** | Priority amount: **$0.00** | Nonpriority amount: **$4,762.21**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.5**

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number　　　Street

**Philadelphia, PA 19101-7346**
City　　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 2017 Taxes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$8,311.38**　Priority amount: **$0.00**　Nonpriority amount: **$8,311.38**

**2.6**

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number　　　Street

**Philadelphia, PA 19101-7346**
City　　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 2015 Taxes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$1,950.00**　Priority amount: **$0.00**　Nonpriority amount: **$1,950.00**

**2.7**

**Jitendra Singh Virck**
Priority Creditor's Name

**2600 W Byron Road, Apartment 4**
Number　　　Street

**Tracy, CA 95377**
City　　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Judgment. Case No: 20CECL06077

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
　　**Wages, salaries, and commissions**

Total claim: **$15,613.53**　Priority amount: **unknown**　Nonpriority amount: **$15,613.53**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.8**

**Jose de Jesus Pedroza**
Priority Creditor's Name

**2920 N Pleasant Ave**
Number    Street

**Fresno, CA 93705-3614**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**

Total claim: **$17,398.38**    Priority amount: **unknown**    Nonpriority amount: **$17,398.38**

**Remarks:** Judgment. Case No: 20CECL06070.

---

**2.9**

**Monger Deelan**
Priority Creditor's Name

**1470 Alphada Ave Apt K11**
Number    Street

**Akron, OH 44310-2787**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**

Total claim: **$15,759.50**    Priority amount: **unknown**    Nonpriority amount: **$15,759.50**

**Remarks:** Judgment. Case No: 20CECL06059.

---

**2.10**

**Preston Dowdy II**
Priority Creditor's Name

**1142 Bethany Road**
Number    Street

**Williamson, GA 30292-9668**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Wages, salaries, and commissions**

Total claim: **$12,182.26**    Priority amount: **unknown**    Nonpriority amount: **$12,182.26**

**Remarks:** Court No: 20CECL01925.

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1**

| American Express | Last 4 digits of account number __xxxx__ | **$19,073.00** |
|---|---|---|

Nonpriority Creditor's Name

PO Box 981537

Number     Street

El Paso, TX 79998

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**4.2**

| American First Finance I | Last 4 digits of account number __xxxx__ | **$720.00** |
|---|---|---|

Nonpriority Creditor's Name

PO Box 565848

Number     Street

Wichita, KS 67205

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**4.3**

| AT&T | Last 4 digits of account number __6686__ | **$1,286.09** |
|---|---|---|

Nonpriority Creditor's Name

PO Box 537104

Number     Street

Atlanta, GA 30353

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Phone**

| Debtor 1 | **Bhupinder** | | **Singh** | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | | |
| | First Name | Middle Name | Last Name | | | |

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.4**

**Barclays Bank Delaware**
Nonpriority Creditor's Name

**PO Box 8803**
Number          Street

**Wilmington, DE 19899**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**      **$2,747.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Barclays Bank v. Singh. Case Number: 19CECL12195 (dismissed). Creditor's attorney is Harris & Zide.**

**4.5**

**Barclays Bank Delaware**
Nonpriority Creditor's Name

**PO Box 8803**
Number          Street

**Wilmington, DE 19899**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**      **$6,773.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card - charged off. Case dismissed (19CECL06165)**

**4.6**

**Bruce B. Baldwin**
Nonpriority Creditor's Name

**Debt Defense Law**

**6915 Red Road #200**
Number          Street

**Miami, FL 33143**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorney for FL Case No CACE17021882**

| Debtor 1 | **Bhupinder** | | **Singh** | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.7** | **Capital One Auto Finance**
Nonpriority Creditor's Name

**CB Disputes Team**

**PO Box 259407**
Number        Street

**Plano, TX 75025**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1001**                    **$2,005.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice**

---

**4.8** | **Capital One Bank**
Nonpriority Creditor's Name

**PO Box 31293**
Number        Street

**Salt Lake City, UT 84131**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **xxxx**                    **$3,985.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Case Name: Capital One v Singh. Case No:19CECL10009. Creditor's attorney is Hunt & Henriques.**

---

**4.9** | **CB Indigo**
Nonpriority Creditor's Name

**PO Box 4499**
Number        Street

**Beaverton, OR 97076**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **xxxx**                    **$70.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|----------|---------------|---|-----------|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.10**  **Chase Card Services - JPMCB**
Nonpriority Creditor's Name

**PO Box 15369**
Number          Street

**Wilmington, DE 19850**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **9271**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$16,561.00**

---

**4.11**  **City of Fresno**
Nonpriority Creditor's Name

**Code Enforcement**

**2600 Fresno Street, Room 3076**
Number          Street

**Fresno, CA 93721**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$1,325.59**

---

**4.12**  **City of Fresno Business Tax**
Nonpriority Creditor's Name

**PO Box 45017**
Number          Street

**Fresno, CA 93718-5017**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **2157**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**unknown**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
| Debtor 2 | **Navneet** | | **Kaur** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.13**

**City of Fresno Business Tax**
Nonpriority Creditor's Name

**PO Box 45017**
Number          Street

**Fresno, CA 93718-5017**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **7135**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$600.00**

---

**4.14**

**Comenity Bank/Pier 1**
Nonpriority Creditor's Name

**PO Box 182789**
Number          Street

**Columbus, OH 43218**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice**

**unknown**

---

**4.15**

**Comenity Capital Bank/Bed Bath & Beyond**
Nonpriority Creditor's Name

**PO Box 182120**
Number          Street

**Columbus, OH 43218**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**unknown**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.16**  **Comenity Capital Bank/William Carter Company**                                    $29.00
Nonpriority Creditor's Name

**PO Box 182120**
Number          Street

**Columbus, OH 43218**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.17**  **Commonwealth of Massachusetts**                                    $106.35
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **9999**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

---

**4.18**  **Commonwealth of Massachusetts**                                    $120.05
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6637**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.19**

**Commonwealth of Massachusetts**
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3108**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Traffic**

$69.50

**4.20**

**Commonwealth of Massachusetts**
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0808**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Traffic**

$94.70

**4.21**

**Commonwealth of Massachusetts**
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Traffic**

$173.95

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.22**

**Commonwealth of Massachusetts**
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **9089**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

**$367.70**

---

**4.23**

**Commonwealth of Massachusetts**
Nonpriority Creditor's Name

**EZDriveMA Payment Processing Center**

**PO Box 847840**
Number          Street

**Boston, MA 02284-7840**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **9702**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

**$9.05**

---

**4.24**

**Credit Collection Service**
Nonpriority Creditor's Name

**PO Box 607**
Number          Street

**Norwood, MA 02062**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8206**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection for Kemper Speciality CA**

**$126.00**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.25** **Credit First National Association**
Nonpriority Creditor's Name

**PO Box 81315**
Number　　　Street

**Cleveland, OH 44181-0315**
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **xxxx** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card - charged off**

**$243.00**

**4.26** **Department of Motor Vehicles**
Nonpriority Creditor's Name

**PO Box 825339**
Number　　　Street

**Sacramento, CA 94232-5339**
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$67.00**

**4.27** **Department of Taxation and Finance**
Nonpriority Creditor's Name

**Miscellaneous Tax Section**

**W A Harriman Campus**
Number　　　Street

**Albany, NY 12227-0863**
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**unknown**

Debtor 1     **Bhupinder**          **Singh**
Debtor 2     **Navneet**           **Kaur**
            First Name     Middle Name     Last Name          Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.28**  | **Direct Loan Servicing**
Nonpriority Creditor's Name

**PO Box 5609**
Number          Street

**Greenville, TX 75403-5609**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4084**      **$4,499.70**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
**Student Loans**

---

**4.29**  | **Discover Financial Services LLC**
Nonpriority Creditor's Name

**PO Box 15316**
Number          Street

**Wilmington, DE 19850-5316**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **xxxx**      **$7,239.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card - charged off**

---

**4.30**  | **DSNB/Macys**
Nonpriority Creditor's Name

**PO Box 8218**
Number          Street

**Monroe, OH 45050**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **5621**      **$2,253.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.31**    **Educational Employees Credit Union**
Nonpriority Creditor's Name

**2222 W Shaw Avenue**
Number    Street

**Fresno, CA 93711**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **95** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$577.55

---

**4.32**    **FEB Destiny**
Nonpriority Creditor's Name

**PO Box 4499**
Number    Street

**Beaverton, OR 97076**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **xxxx** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

$135.00

---

**4.33**    **First Premier Bank**
Nonpriority Creditor's Name

**3820 N Louise Avenue**
Number    Street

**Sioux Falls, SD 57107**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **xxxx** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

$133.00

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.34** | **Flat Rate Funding Group LLC**

Nonpriority Creditor's Name

**Attn: Brian Bennett**

**28745 Wick Road, Suite 100**
Number          Street

**Romulus, MI 48174**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Flat Rate Funding Group LLC v. N Transport & Bhupinder Singh. Case Number - 19CECG02639. Attorney for Flat Rate is Martensen Wright.**

**Total claim: $28,724.38**

---

**4.35** | **Florida Turnpike Enterprise**

Nonpriority Creditor's Name

**PO Box 865509**
Number          Street

**Orlando, FL 32886-5509**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **2 2 2 3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

**Total claim: $209.60**

---

**4.36** | **Fresno Tractor Inc**

Nonpriority Creditor's Name

**2730 W Whites Bridge Ave**
Number          Street

**Fresno, CA 93706-1229**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: $10.51**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.37**

**Gary Burrows**
Nonpriority Creditor's Name

**1600 Enterprise Dr.**
Number          Street

**Lemoore, CA 93245**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$2,029.69**

**4.38**

**IPFs Corporation**
Nonpriority Creditor's Name

**PO Box 100391**
Number          Street

**Pasadena, CA 91189-0391**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Case Number - 18CECL12079. Attorney is Robert Pollak**

**$13,583.46**

**4.39**

**IPFs Corporation**
Nonpriority Creditor's Name

**PO Box 100391**
Number          Street

**Pasadena, CA 91189-0391**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **7945**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$8,692.14**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| **After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** | **Total claim** |
|---|---|

---

**4.40**  **Kohls/Capital One**

Nonpriority Creditor's Name

**PO Box 3115**

Number          Street

**Milwaukee, WI 53201-3115**

City                State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card - charged off**

**Total claim:** **$396.00**

---

**4.41**  **Luis Bravo**

Nonpriority Creditor's Name

**California Shine Construction**

**3251 North Marks Avenue**

Number          Street

**Fresno, CA 93722**

City                State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

**Total claim:** **$768,500.00**

**Remarks:** Case No: 20CECG00045

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.42**

**Maryland Transportation Authority**
Nonpriority Creditor's Name

**PO Box 17600**
Number          Street

**Baltimore, MD 21297-7600**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **5025**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

$36.00

---

**4.43**

**Midland Credit Management Inc**
Nonpriority Creditor's Name

**320 East Big Beaver, Suite 300**
Number          Street

**Troy, MI 48083**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4165**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection for Citibank. Case Name-Midland v. Singh. Case No: 20CECL03379.**

$4,139.00

---

**4.44**

**Midland Credit Management Inc**
Nonpriority Creditor's Name

**320 East Big Beaver, Suite 300**
Number          Street

**Troy, MI 48083**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1663**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection for Capital One**

$6,848.00

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.45**

**Midland Credit Management, Inc**
Nonpriority Creditor's Name

**350 Camino De La Reina Suite 100**
Number          Street

**San Diego, CA 92108**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **xxxx**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection for Synchrony Bank**

$945.00

**4.46**

**Nelson Cruz & Associates LLC**
Nonpriority Creditor's Name

**9535 Forest Lane, Suite 114**
Number          Street

**Dallas, TX 75243**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **xxxx**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection for Tempoe LLC**

$2,235.00

**4.47**

**Pennsylvania Turnpike Commission**
Nonpriority Creditor's Name

**Violation Processing Center**

Number          Street

**Harrisburg, PA 17111**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **0940**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

$79.30

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| Debtor 2 | **Navneet** | **Kaur** |
| | First Name    Middle Name | Last Name |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.48** | **Pennsylvania Turnpike Commission** | | **$55.00**

Nonpriority Creditor's Name

**Violation Processing Center**

Number    Street

**Harrisburg, PA 17111**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **0940**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

---

**4.49** | **Pennsylvania Turnpike Commission** | | **$190.40**

Nonpriority Creditor's Name

**Violation Processing Center**

**300 East Park Drive**
Number    Street

**Harrisburg, PA 17111**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

---

**4.50** | **Portfolio Recovery** | | **$6,233.00**

Nonpriority Creditor's Name

**120 Corporate Blvd Suite 100**
Number    Street

**Norfolk, VA 23502**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection for Synchrony Bank. Case Name-Portfolio v Kaur. Case No: 20CECL04955.**

---

Debtor 1    **Bhupinder**                **Singh**
Debtor 2    **Navneet**                  **Kaur**
            First Name    Middle Name    Last Name

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

### 4.51

**Portfolio Recovery**
Nonpriority Creditor's Name

**120 Corporate Blvd Suite 100**
Number         Street

**Norfolk, VA 23502**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection for Synchrony Bank. Case Name - Portfolio Recovery v Kaur. Case No: 20CECL02907.**

**Total claim: $3,902.00**

### 4.52

**PrePass**
Nonpriority Creditor's Name

**PO Box 52774**
Number         Street

**Phoenix, AZ 85072**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5893**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

**Total claim: $501.55**

### 4.53

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**PO Box 1153**
Number         Street

**Milwaukee, WI 53201-1153**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5491**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**Total claim: $1,278.70**

Debtor 1    **Bhupinder**              **Singh**
Debtor 2    **Navneet**               **Kaur**
            First Name    Middle Name    Last Name

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          Total claim

---

**4.54**  **Professional Account Management, LLC**
Nonpriority Creditor's Name

**PO Box 3032**
Number          Street

**Milwaukee, WI 53201**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4641**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Traffic**

$96.50

---

**4.55**  **Progressive Leasing**
Nonpriority Creditor's Name

**256 Data Dr.**
Number          Street

**Draper, UT 84020**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8336**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Used to purchase furniture**

$1,292.00

---

**4.56**  **Superior Court of California,**
Nonpriority Creditor's Name

**County of Nevada**
**Truckee Branch**

**10075 Levon Avenue, Suite 107**
Number          Street

**Fresno, CA 93722-8758**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4518**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Traffic**

$183.25

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.57**

**SYNCB/Wal-Mart**
Nonpriority Creditor's Name

**PO Box 965024**
Number   Street

**Orlando, FL 32896-5024**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**$111.00**

---

**4.58**

**Synchrony Bank**
Nonpriority Creditor's Name

**Bankruptcy Department**

**PO Box 965061**
Number   Street

**Orlando, FL 32896**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Walmart card**

**$3,500.00**

---

**4.59**

**TD Bank USA/Target Credit**
Nonpriority Creditor's Name

**NCD-040**

**PO Box 1470**
Number   Street

**Minneapolis, MN 55440**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card - charged off**

**$381.00**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.60**

**TD Bank USA/Target Credit**
Nonpriority Creditor's Name

**P.O. Box 673**
Number          Street

**Minneapolis, MN 55440**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$2,523.00**

**4.61**

**The Bureaus**
Nonpriority Creditor's Name

**650 Dundee Road, Suite 370**
Number          Street

**Northbrook, IL 60062**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection for Capital One Bank**

**$573.00**

**4.62**

**Toyota Motor Credit Corp**
Nonpriority Creditor's Name

**PO Box 9786**
Number          Street

**Cedar Rapids, IA 52409**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **xxxx**  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice**

**unknown**

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.63**

**Verizon Wireless**
Nonpriority Creditor's Name

**PO Box 650051**
Number          Street

**Dallas, TX 75265**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **In Collection**

**$1,074.00**

---

**4.64**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number          Street

**Albany, NY 12212-5186**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

**$155.00**

---

**4.65**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number          Street

**Albany, NY 12212-5186**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Traffic**

**$58.00**

---

| Debtor 1 | **Bhupinder** | **Singh** | |
|----------|---------------|-----------|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name    Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.66**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number         Street

**Albany, NY 12212-5186**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Traffic**

**$342.25**

---

**4.67**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number         Street

**Albany, NY 12212-5186**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Traffic**

**$92.00**

---

**4.68**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number         Street

**Albany, NY 12212-5186**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Traffic**

**$63.50**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.69**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number    Street

**Albany, NY 12212-5186**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

$155.00

---

**4.70**

**Violations Processing Center**
Nonpriority Creditor's Name

**PO Box 15186**
Number    Street

**Albany, NY 12212-5186**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

$65.90

---

**4.71**

**Violations Processing Department**
Nonpriority Creditor's Name

**PO Box 26925**
Number    Street

**San Francisco, CA 94126**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1694**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic**

$50.00

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.72**

**West Creek Financial**
Nonpriority Creditor's Name

**4951 Lake Brook Drive**
Number          Street

**Glen Allen, VA 23060**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Lease**

**unknown**

---

**4.73**

**Wishon Radiological Medical Group, Inc**
Nonpriority Creditor's Name

**3075 E Imperial Hwy, Suite 200**
Number          Street

**Brea, CA 92821**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Bill**

**$58.00**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**AT&T Mobility**
Name
PO Box 6463
Number          Street
Carol Stream, IL 60197-6463
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.3__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Best Buy Credit Services**
Name
PO Box 78009
Number          Street
Phoenix, AZ 85062-8009
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.43__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __4165__

---

**Card Services**
Name
PO Box 6294
Number          Street
Carol Stream, IL 60197-6294
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.10__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Chase Card Services - JPMCB**
Name
301 N Walnut Street, Floor 09
Number          Street
Wilmington, DE 19801-3935
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.10__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Chase Card Services - JPMCB**
Name
PO Box 15298
Number          Street
Wilmington, DE 19850-5298
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.10__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Citibank, NA**
Name
701 East 60th Street North
Number          Street
Sioux Falls, SD 57117
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.43__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __4165__

---

**Credit Collection Service**
Name
725 Canton Street
Number          Street
Norwood, MA 02062
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.24__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Credit First National Association**
Name
**PO Box 81083**
Number          Street

**Cleveland, OH 44181**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.25__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Department of Industrial Relations Labor Commissioner's Office**
Name
**770 East Shaw Avenue, Suite 222**
Number          Street

**Fresno, CA 93710**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.10__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Department of Industrial Relations Labor Commissioner's Office**
Name
**770 East Shaw Avenue, Suite 222**
Number          Street

**Fresno, CA 93710**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.9__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Department of Industrial Relations Labor Commissioner's Office**
Name
**770 East Shaw Avenue, Suite 222**
Number          Street

**Fresno, CA 93710**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.2__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Department of Industrial Relations Labor Commissioner's Office**
Name
**770 East Shaw Avenue, Suite 222**
Number          Street

**Fresno, CA 93710**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.8__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Department of Industrial Relations Labor Commissioner's Office**
Name
**770 East Shaw Avenue, Suite 222**
Number          Street

**Fresno, CA 93710**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.7__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Educational Employees Credit Union**
Name
**PO Box 5242**
Number          Street

**Fresno, CA 93755-5242**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.31__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Fedloan Servicing**
Name
**PO Box 60610**
Number          Street
**Harrisburg, PA 17106**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**First Premier Bank**
Name
**601 South Minnesota Avenue**
Number          Street
**Sioux Falls, SD 57104**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.33**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Franklin Collection Service Inc**
Name
**2978 West Jackson Street**
Number          Street
**Tupelo, MS 38803**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **2808**

---

**Gary Burrows**
Name
**PO Box 456**
Number          Street
**Lemoore, CA 93245**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.37**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Haddad Law Firm, PLC**
Name
**30600 Telegraph Road, Suite 3150**
Number          Street
**Franklin, MI 48025**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.34**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Hunt & Henriques**
Name
**Attorneys at Law**
**151 Bernal Road Suite 8**
Number          Street
**San Jose, CA 95119-1306**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Hunt & Henriques**
Name
**Attorneys at Law**
**151 Bernal Road Suite 8**
Number          Street
**San Jose, CA 95119-1306**
City                              State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Hunt & Henriques**
Name
**Attorneys at Law**
**151 Bernal Road Suite 8**
Number    Street
**San Jose, CA 95119-1306**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**IPFs Corporation**
Name
**PO Box 100391**
Number    Street
**Pasadena, CA 91189-0391**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.38** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Jack H. Pogosian**
Name
**Midland Credit Management**
**350 Camino De La Reina, Suite 100**
Number    Street
**San Diego, CA 92108**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.43** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Law Office of Harris and Zide**
Name
**1445 Huntington Drive #300**
Number    Street
**South Pasadena, CA 91030**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Law Office of Harris and Zide**
Name
**1445 Huntington Drive #300**
Number    Street
**South Pasadena, CA 91030**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **6165**

---

**Linebarger Goggan Blair & Sampson, LLP**
Name
**Attorneys At Law**
**5850 T.G. Lee Blvd, Suite 310**
Number    Street
**Orlando, FL 32822-4409**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.35** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Lowe's/Synchrony Bank**
Name
**PO Box 530914**
Number    Street
**Atlanta, GA 30353-0914**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **2896**

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Macy's**
Name
**PO Box 6167**
Number　　　Street
**Sioux Falls, SD 57117-6167**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.30__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Martensen Wright PC**
Name
**Leanna L. Henderson**
**One Capitol Mall, Suite 670**
Number　　　Street
**Sacramento, CA 95814**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.34__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __2639__

---

**Midland Credit Management, Inc**
Name
**PO Box 301030**
Number　　　Street
**Los Angeles, CA 90030-1030**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.43__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Mike Chappars**
Name
**Law Office of Mike Chappars**
**1416 Clovis Avenue, Suite 206**
Number　　　Street
**Clovis, CA 93612**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.41__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**PAM-PA Turnpike**
Name
**PO Box 1153**
Number　　　Street
**Milwaukee, WI 53201-1153**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.53__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**PAM-PA Turnpike**
Name
**PO Box 1153**
Number　　　Street
**Milwaukee, WI 53201-1153**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.54__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Robert L. Pollak**
Name
**Glassberg, Pollak & Associates**
**1000 4th Street, Suite 570**
Number　　　Street
**San Rafael, CA 94901-3118**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.38__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Synchrony Bank**
Name
**PO Box 965033**
Number          Street
**Orlando, FL 32896-5033**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.50__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __4913__

---

**Synchrony Bank**
Name
**PO Box 965033**
Number          Street
**Orlando, FL 32896-5033**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.51__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Attorney**
Name
**(For Internal Revenue Service)**
**2500 Tulare Street, Suite 4401**
Number          Street
**Fresno, CA 93721**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Attorney**
Name
**(For Internal Revenue Service)**
**2500 Tulare Street, Suite 4401**
Number          Street
**Fresno, CA 93721**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.4__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Attorney**
Name
**(For Internal Revenue Service)**
**2500 Tulare Street, Suite 4401**
Number          Street
**Fresno, CA 93721**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.5__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Attorney**
Name
**(For Internal Revenue Service)**
**2500 Tulare Street, Suite 4401**
Number          Street
**Fresno, CA 93721**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.1__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Department of Justice**
Name
**Civil Trial Section Western Region**
**Box 683 Ben Franklin Station**
Number          Street
**Washington, DC 20044**
City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 3:  List Others to Be Notified About a Debt That You Already Listed Additional Page**

---

**United States Department of Justice**
Name
**Civil Trial Section Western Region**
**Box 683 Ben Franklin Station**
Number          Street
**Washington, DC 20044**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.4__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Department of Justice**
Name
**Civil Trial Section Western Region**
**Box 683 Ben Franklin Station**
Number          Street
**Washington, DC 20044**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.5__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**United States Department of Justice**
Name
**Civil Trial Section Western Region**
**Box 683 Ben Franklin Station**
Number          Street
**Washington, DC 20044**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.1__ of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Walmart Masters Card/SYNCB**
Name
**PO Box 960024**
Number          Street
**Orlando, FL 32896-0024**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.50__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __4913__

---

**Wishon Radiological Medical Group, Inc**
Name
**PO Box 28930**
Number          Street
**Fresno, CA 93729**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.73__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$16,841.69** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$80,555.50** |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | **$97,397.19** |

|  |  | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$4,499.70** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$926,251.66** |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$930,751.36** |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Navneet** | **Kaur** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of California**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bhupinder**      **Singh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Navneet**      **Kaur** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Eastern District of California** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☑ Yes. In which community state or territory did you live? _California_ . Fill in the name and current address of that person.

   Kaur, Navneet
   Name of your spouse, former spouse, or legal equivalent

   5348 West Brown Ave
   Number     Street

   Fresno, CA 93722
   City       State     ZIP Code

   ☑ Yes. In which community state or territory did you live? _California_ . Fill in the name and current address of that person.

   Singh, Bhupinder
   Name of your spouse, former spouse, or legal equivalent

   5348 West Brown Ave
   Number     Street

   Fresno, CA 93722
   City       State     ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** JNB Properties LLC <br> Name <br> 294 N Fruit Avenue <br> Number   Street <br> Fresno, CA 93706 <br> City    State    ZIP Code | 2.7, 2.8, 2.9, 2.10, 2.11, 2.12, 2.13, 2.14, 2.15, 2.21, <br> ☑ Schedule D, line _2.22_ <br> ☑ Schedule E/F, line _4.11_ <br> ☐ Schedule G, line _____ |
| **3.2** JNB Properties LLC <br> Name <br> 5348 West Brown Avenue <br> Number   Street <br> Fresno, CA 93722 <br> City    State    ZIP Code | 2.7, 2.8, 2.9, 2.10, 2.11, 2.12, 2.13, 2.14, 2.15, 2.21, <br> ☑ Schedule D, line _2.22_ <br> ☑ Schedule E/F, line _4.11_ <br> ☐ Schedule G, line _____ |

JNB Truck & Trailer Repair Service
Name
620 N Marks Ave
Number      Street
Debtor Fresno, CA 93728 Bhupinder                    Singh
Debtor 2      Navneet          State      ZIP Code      Kaur
First Name          Middle Name          Last Name

☑ Schedule D, line  2.1, 2.16
☑ Schedule E/F, line  2.10, 4.37
☐ Schedule G, line _____

Case number (if known) _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**
N Transport LLC
Name
5348 West Brown Avenue
Number      Street
Fresno, CA 93722
City      State      ZIP Code

☑ Schedule D, line  2.3, 2.4, 2.5, 2.17, 2.18, 2.19, 2.20, 2.21, 2.22

☑ Schedule E/F, line  2.2, 4.3, 2.3, 2.4, 2.5, 2.6, 4.6, 2.7, 2.8, 2.9, 2.10, 4.12, 4.13, 4.17, 4.18, 4.19, 4.20, 4.21, 4.22, 4.23, 4.26, 4.27, 4.34, 4.35, 4.38, 4.39, 4.42, 4.47, 4.48, 4.49, 4.52, 4.53, 4.56, 4.64, 4.65, 4.66, 4.67, 4.68, 4.69, 4.70, 4.71

☐ Schedule G, line _____

**3.4**
Rathaur & Sons Trucking
Name
5348 West Brown Avenue
Number      Street
Fresno, CA 93722
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.36
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Navneet** | **Kaur** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of California** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed  ☐ Not Employed | ☐ Employed  ☑ Not Employed |
| | Occupation | Truck Driver | Homemaker |
| | Employer's name | Self Employed | |
| | Employer's address | 5348 West Brown Avenue | |
| | | Number Street | Number Street |
| | | Rathaur & Sons Trucking | |
| | | Fresno, CA 93722 | |
| | | City        State        Zip Code | City        State        Zip Code |
| | How long employed there? | 1 year 3 months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.        $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +    $0.00 | +    $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.        $0.00 | $0.00 |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here.................................................➔ | 4. | $0.00 | $0.00 |

5. **List all payroll deductions:**

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

8. **List all other income regularly received:**

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: Truck Driving (1099 income) | 8h. + | $6,000.00 | + $0.00 |

| | | **For Debtor 1** | | **For Debtor 2 or non-filing spouse** | | |
|---|---|---|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $6,000.00 | | $0.00 | | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $6,000.00 | + $0.00 | | = | $6,000.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

| Specify: _____ | 11. + | $0.00 |
|---|---|---|

| 12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies | 12. | $6,000.00 |
|---|---|---|
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| | First Name      Middle Name | Last Name |
| Debtor 2 | **Navneet** | **Kaur** |
| (Spouse, if filing) | First Name      Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** |
| Case number | | |
| (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ Yes. Fill out this information for each dependent................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 14 | ☐ No. ☑ Yes. |
| Child | 2 | ☐ No. ☑ Yes. |
| Child | 2 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. _____ $0.00 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. _____ $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. _____ $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. _____ $0.00 |
| | 4d. Homeowner's association or condominium dues | 4d. _____ $0.00 |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | | | Your expenses |
|---|---|---|---|---|

| | | | | **Your expenses** |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | $0.00 |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | $100.00 |
| | 6b. Water, sewer, garbage collection | | 6b. | $140.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | | 6c. | $340.00 |
| | 6d. Other. Specify: _____ Solar Lease _____ | | 6d. | $75.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $800.00 |
| 8. | **Childcare and children's education costs** | | 8. | $100.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $550.00 |
| 10. | **Personal care products and services** | | 10. | $100.00 |
| 11. | **Medical and dental expenses** | | 11. | $175.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | $106.00 |
| | 15b. Health insurance | | 15b. | $90.00 |
| | 15c. Vehicle insurance | | 15c. | $0.00 |
| | 15d. Other insurance. Specify: _____ | | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | $295.00 |
| | 17b. Car payments for Vehicle 2 | | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | | 20a. | $0.00 |
| | 20b. Real estate taxes | | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. | $0.00 |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**21. Other.** Specify: _____ **See Additional Page** _____         21.   **+** _____ $200.00

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.         22a.   _____ $3,271.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2         22b.   _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.         22c.   _____ $3,271.00

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*         23a.   _____ $6,000.00

23b. Copy your monthly expenses from line 22c above.         23b.   **−** _____ $3,271.00

23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*         23c.   _____ $2,729.00

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

> Explain here:
> Debtors are in forebearance right now on the mortgage on their house. Debtors anticipate that this will stop at some point and they will have to restart payments.

---

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Amount |
|---|---|
| 21. **Other** | |
| Pet Expenses | $100.00 |
| Use of a vehicle | $100.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Bhupinder** | | **Singh** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Navneet** | | **Kaur** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Bhupinder Singh _____     X /s/ Navneet Kaur _____

Bhupinder Singh, Debtor 1     Navneet Kaur, Debtor 2

Date 01/15/2021 _____     Date 01/15/2021 _____
    MM/ DD/ YYYY         MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Navneet** | **Kaur** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| PO Box 9552 | From 2018 | | From _____ |
| Number   Street | | Number   Street | To _____ |
| | To Currently, Rathaur & Sons use. | | |
| Fresno, CA 93793-9552 | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City          State  ZIP Code | | City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2020__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For last calendar year:**<br>(January 1 to December 31, __2020__ )<br>YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__ )<br>YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

| Debtor 1 | **Bhupinder** | **Singh** | |
|----------|---------------|-----------|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name      Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City        State    ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | IPFS Corp of CA v. N Transport LLC, a limited liability company and DOES 1 through 50, inclusive | Collection | Superior Court of California<br>Court Name<br>County of Fresno<br>1130 O Street<br>Number    Street<br>Fresno, CA 93721<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 18CECL12079 | | | |
| Case title | Flat Rate Funding Group LLC v Bhupinder Singh and N Transport LLC | Collection; Breach of Contract. | Superior Court of California<br>Court Name<br>County of Fresno<br>1130 O Street<br>Number    Street<br>Fresno, CA 93721<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 19CECG02639 | | | |
| Case title | Barclays Bank Delaware v. Navneet Kaur | Collection; Dismissed. | Superior Court of California<br>Court Name<br>County of Fresno<br>1130 O Street<br>Number    Street<br>Fresno, CA 93721<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 19CECL06165 | | | |

| Debtor 1 | **Bhupinder** | | **Singh** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

| | | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|---|
| Case title | Commercial Trade, Inc v Bhupinder Singh, dba Truck & Trailer Repair Service | Collection | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 19CECL08969 | | | |
| Case title | Capital One Bank (USA), NA v Bhupinder Singh | Collection; Request for Dismissal filed 8/2020. | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 19CECL10009 | | | |
| Case title | Barclays Bank Delaware v. Bhupinder Singh | Collection; Request for Dismissal filed 9/2020. | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 19CECL12195 | | | |
| Case title | Newtek Small Business Finance, LLC v N Transport LLC; JNB Properties LLC; Bhupinder Singh; Navneet | Collection; judgment. | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 20CECG03645 | | | |
| Case title | Portfolio Recovery Associates, LLC v Navneet Kaur | Collection | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 20CECL02907 | | | |
| Case title | Midland Credit Management, Inc v Bhupinder Singh | Collection; Request for Dismissal filed 10/2020. | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 20CECL03379 | | | |

| Debtor 1 | **Bhupinder** | | **Singh** | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Portfolio Recovery Associates, LLC v Navneet Kaur | Collection | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                  State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 20CECL04955 | | | |
| Case title | People of the State of California v Bhupinder Singh | Traffic Violation | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                  State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | E0433101 | | | |
| Case title | People of the State of California v Bhupinder Singh | Traffic Violation | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                  State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | E0496566 | | | |
| Case title | People of the State of California v Bhupinder Singh | Traffic Violation | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                  State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | KC33057 | | | |
| Case title | Gurmit Singh Gill v Bhupinder Singh, Navneet Kaur, and dba JNB Truck & Trailer Repair Service | Labor Judgment; State Case Number: WC-CM-641101. | State of California <br> Court Name <br><br> Department of Industrial Relations Labor Commissioner's Office <br><br> 770 East Shaw Avenue, Suite 222 <br> Number      Street <br><br> Fresno, CA 93710 <br> City                  State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 19CECG04497 | | | |
| Case title | Luis Brovo dba California Shine Construction v Bhupinder Singh, Navneet Kaur | Collection; Breach of Contract. | Superior Court of California <br> Court Name <br><br> County of Fresno <br><br> 1130 O Street <br> Number      Street <br><br> Fresno, CA 93721 <br> City                  State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 20CECG00045 | | | |

Debtor 1    **Bhupinder**       **Singh**
Debtor 2    **Navneet**       **Kaur**

     First Name      Middle Name      Last Name      Case number *(if known)* _____

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title   Preston Dowdy II v Bhupinder Singh, JNB Truck & Trailer Repair Service, N Transport LLC <br><br> Case number   20CECL01925 | Labor Judgment; State Case Number: WC-CM-655920. | State of California <br> Court Name <br> Department of Industrial Relations Labor Commissioner's Office <br> 770 East Shaw Avenue, Suite 222 <br> Number   Street <br> Fresno, CA 93710 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Deelan Monger v Bhupinder Singh; N Transport LLC <br><br> Case number   20CECL06059 | Labor Judgment; State Case Number: WC-CM-703294. | State of California <br> Court Name <br> Department of Industrial Relations Labor Commissioner's Office <br> 770 East Shaw Avenue, Suite 222 <br> Number   Street <br> Fresno, CA 93710 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Nanda Gomjen v Bhupinder Singh; N Transport LLC <br><br> Case number   20CECL06062 | Labor Judgment; State Case Number: WC-CM-703301. | State of California <br> Court Name <br> Department of Industrial Relations Labor Commissioner's Office <br> 770 East Shaw Avenue, Suite 222 <br> Number   Street <br> Fresno, CA 93710 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Indra Gurung v Bhupinder Singh; N Transport LLC <br><br> Case number   20CECL06064 | Labor Judgment; State Case Number: WC-CM-703308. | State of California <br> Court Name <br> Department of Industrial Relations Labor Commissioner's Office <br> 770 East Shaw Avenue, Suite 222 <br> Number   Street <br> Fresno, CA 93710 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Jose Pedroza v Bhupinder Singh; N Transport LLC <br><br> Case number   20CECL06070 | Labor Judgment; State Case Number: WC-CM-709039. | State of California <br> Court Name <br> Department of Industrial Relations Labor Commissioner's Office <br> 770 East Shaw Avenue, Suite 222 <br> Number   Street <br> Fresno, CA 93710 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Jitendra Singh Virck v Bhupinder Singh; N Transport LLC <br><br> Case number   20CECL06077 | Labor Judgment; State Case Number: WC-CM-704359. | State of California <br> Court Name <br> Department of Industrial Relations Labor Commissioner's Office <br> 770 East Shaw Avenue, Suite 222 <br> Number   Street <br> Fresno, CA 93710 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* _____

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Navneet Kaur v Bhupinder Singh | Kaur filed for divorce, but decided not to proceed. | Superior Court of California _____ <br> Court Name <br> County of Fresno _____ <br> 1130 O Street _____ <br> Number    Street <br> Fresno, CA 93721 _____ <br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 14CEFL04562 | | | |
| Case title | 1 West Capital LLC v N Transport; Navneet Kaur; Bhunpinder Singh | Collection. | Superior Court of Florida _____ <br> Court Name <br> _____ <br> Number    Street <br> _____ <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | CACE17021882 | | | |
| Case title | Flat Rate Funding Group LLC v N Transport LLC; Bhupinder Singh | Collection | State of Michigan _____ <br> Court Name <br> _____ <br> Number    Street <br> _____ <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 19-001468-CB | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br> _____ <br> Number    Street <br> _____ <br> City          State    ZIP Code | | _____ | _____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Bhupinder          Singh**
Debtor 2  **Navneet          Kaur**

First Name          Middle Name          Last Name

Case number *(if known)* _____

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number     Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Harbans Kaur | Plane Ticket | 11/2020 | $700.00 |
| Person to Whom You Gave the Gift | | | |
| 6528 W Santa Ana Ave | | | |
| Number     Street | | | |
| Fresno, CA 93723-3015 | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you   Mother | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Debtor 1    **Bhupinder**
            **Navneet**                    **Singh**
Debtor 2                                   **Kaur**
            First Name        Middle Name      Last Name                    Case number *(if known)* _____

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |

Charity's Name _____

Number    Street _____

City          State    ZIP Code _____

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

Dollar Learning Foundation Inc
Person Who Was Paid

Number    Street

City          State    ZIP Code

dollarbk.org
Email or website address

Person Who Made the Payment, if Not You

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| Credit Counseling Certificate | 01/15/2021 | $30.00 |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Fear Waddell, P.C. | See FRBP 2016(b) statement | | |
| Person Who Was Paid | | | |
| 7650 N. Palm Avenue Suite 101 | | | |
| Number　Street | | | |
| | | | |
| Fresno, CA 93711 | | | |
| City　　　State　ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number　Street | | | |
| | | | |
| City　　　State　ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Angrej Singh | 2011 Mercedes GL450 (115k miles) valued at $10,500.00. | Debtor received $10,500.00 which was used to pay for attorney fees. | 1/2021 |
| Person Who Received Transfer | | | |
| 6528 W Santa Ana Ave | | | |
| Number　Street | | | |
| Fresno, CA 93723-3015 | | | |
| City　　　State　ZIP Code | | | |
| Person's relationship to you | | | |
| Father | | | |

| Debtor 1 | **Bhupinder** | **Singh** | |
|---|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Angrej Singh<br>Person Who Received Transfer<br><br>6528 W Santa Ana Ave<br>Number    Street<br><br>Fresno, CA 93723-3015<br>City          State    ZIP Code<br><br>Person's relationship to you<br><br>Father | N Transport LLC was transferred to Angrej Singh. However, business transfer was not finalized so N Transport LLC has been continuously managed by Debtors. | | 7/6/2020 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____<br><br>_____ | | _____ |

---

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution**<br><br>_____<br>**Number    Street**<br><br>_____<br>**City          State    ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Bhupinder** | **Singh** | |
|---|---|---|---|
| Debtor 2 | **Navneet** | **Kaur** | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☐ No<br>☐ Yes |
| Number    Street | Number    Street | | |
| City         State    ZIP Code | City         State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Unknown<br>Name of Storage Facility | Name | Trucks and Trailers are located at his Belmont Ave/N Brawley Ave yard. | ☐ No<br>☑ Yes |
| Belmont Ave/N Brawley Ave<br>Number    Street | Number    Street | | |
| City         State    ZIP Code | City         State    ZIP Code | | |

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Angrej Singh<br>Owner's Name | Number    Street | 2007 Toyota Camry. Debtor's father allows Debtors to use this car that is owned by the father. | |
| Number    Street | City         State    ZIP Code | | |
| City         State    ZIP Code | | | |

| Debtor 1 | **Bhupinder** | | **Singh** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City         State    ZIP Code | _____<br>City         State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City         State    ZIP Code | _____<br>City         State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1 **Bhupinder** **Singh**
Debtor 2 **Navneet** **Kaur**
First Name          Middle Name          Last Name

Case number *(if known)* _____

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ _____ _____ Case number | **Court Name** _____ **Number    Street** _____ **City        State    ZIP Code** | | ☐ Pending ☐ On appeal ☐ Concluded |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| N Transport LLC | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** 5348 West Brown Avenue **Number      Street** _____ Fresno, CA 93722 **City          State    ZIP Code** | Trucking | EIN: 3 6 – 4 8 1 2 8 4 7 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Paul S. Aulaka | From 7/2016      To 5/2019 |

| JNB Truck & Trailer Repair Service | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** 620 N Marks Ave **Number      Street** _____ Fresno, CA 93726 **City          State    ZIP Code** | Repair of Trucks and Trailers | EIN: 2 6 – 3 0 1 3 3 9 5 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Paul S. Aulaka | From 3/2017      To 6/2019 |

| JNB Properties LLC | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** 294 N Fruit Avenue **Number      Street** _____ Fresno, CA 93706 **City          State    ZIP Code** | Purchasing and selling properties | EIN: 3 5 – 2 6 1 2 5 6 1 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Paul S. Aulaka | From 11/2017      To _____ |

| Debtor 1 | **Bhupinder** | | **Singh** | |
|---|---|---|---|---|
| Debtor 2 | **Navneet** | | **Kaur** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | | |
|---|---|---|
| Rathaur & Sons Trucking | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| **Name** | | |
| | Trucking | |
| 5348 West Brown Avenue | | EIN: <u>2</u> <u>6</u> – <u>3</u> <u>0</u> <u>1</u> <u>3</u> <u>3</u> <u>9</u> <u>5</u> |
| **Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Paul S. Aulaka | |
| Fresno, CA 93722 | | From <u>10/01/2019</u>   To _____ |
| **City          State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | Date issued |
|---|---|

| | |
|---|---|
| Paul S. Aulaka | Last few years |
| **Name** | **MM / DD / YYYY** |
| 4185 West Figarden Drive, Suite 104 | |
| **Number     Street** | |
| | |
| Fresno, CA 93722 | |
| **City          State    ZIP Code** | |

| | | |
|---|---|---|
| Debtor 1 | **Bhupinder** | **Singh** |
| Debtor 2 | **Navneet** | **Kaur** |
| | First Name     Middle Name | Last Name |

Case number *(if known)* _____

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X** /s/ Bhupinder Singh _____

Signature of Bhupinder Singh, Debtor 1

Date 01/15/2021 _____


**X** /s/ Navneet Kaur _____

Signature of Navneet Kaur, Debtor 2

Date 01/15/2021 _____


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
### Eastern District of California

**In re**

Singh, Bhupinder

Kaur, Navneet

**Debtor(s)**

Case No. _____

Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . | $8,066.00 |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $8,066.00 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |

2. The source of the compensation to be paid to me was:

   ☐ Debtor

   ☑ Other (specify) Prior to the bankruptcy filing, Debtor paid a retainer of $15,000.00 which was deposited into Attorney's attorney-client trust account. Attorney's pre-filing fees and costs amounted to $8,066.00. Attorney drew down this amount from the retainer prior to the bankruptcy filing, leaving $6,934.00 in Attorney's attorney-client trust account as of the petition date.

3. The source of compensation to be paid to me is:

   ☑ Debtor                          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/15/2021 | /s/ Peter Fear |
|---|---|
| *Date* | *Signature of Attorney* |

Peter Fear
Fear Waddell, P.C.
7650 N. Palm Avenue Suite 101
Fresno, CA 93711
Phone: (559) 436-6575

Fear Waddell, P.C.
*Name of law firm*